**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**AARON STRONG**
**ADC #123670**      **PLAINTIFF**

**V.**      No. 4:13CV00663 JMM-JJV

**RAY HOBBS, et al.**      **DEFENDANTS**

### ORDER

Mr. Strong filed this lawsuit pro se and is currently proceeding *in forma pauperis*. (Docket entries #1, #4)  The Court has now screened his claims as required by statute.  28 U.S.C. § 1915A.  For screening purposes, Mr. Strong has stated a deliberate-indifference claim against Defendants Hamilton, Abulimen, and McKinney.[1]  Accordingly, service is proper for those Defendants.  Service is not proper for Defendants Hobbs or Kelly.  The Court will address Mr. Strong's claims against those Defendants in a separate Recommendation.

The Clerk of Court shall prepare summonses for Defendants Hamilton, Abulimen, and McKinney.  The United States Marshal shall serve copies of the Complaint, with any attachments (docket entry #1), and a summons for these Defendants without requiring prepayment of fees and costs or security.  Service for these Defendants should be through counsel for Corizon, Inc., Humphries & Lewis, P. O. Box 20670, White Hall, Arkansas 72612.

---

[1] Although Mr. Strong refers to Dr. J. McKinney as both Dr. McKinnney and Dr. McKenney, the Court will refer to this Defendant as Dr. McKinney.

IT IS SO ORDERED this 25th day of February, 2014.

                                                _____
                                                JOE J. VOLPE
                                                UNITED STATES MAGISTRATE JUDGE