**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**AARON STRONG**
**ADC #123670**                                                                                    **PLAINTIFF**

**V.**                  **No. 4:13CV00663 JMM-JJV**

**RAY HOBBS, et al.**                                                        **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Joe J. Volpe. After careful review of the Recommendation, Mr. Strong's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Strong's claims against Defendants Hobbs and Kelly are DISMISSED with prejudice.

IT IS SO ORDERED this 19th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE