IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AARON STRONG                                                                                           PLAINTIFF
ADC# 123670

v.                                          4:13CV00663-JM-JJV

RAY HOBBS, *et al.*                                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court shall alter the docket to reflect that Defendant "Lucky Abulimen" is properly "Lucky Abhulimen."

2. The Clerk of Court shall alter the docket to reflect that Defendant "J. McKenney" is properly "Gregory McKinney."

3. Defendants' Motion for Summary Judgment (Doc. No. 27) is GRANTED.

4. Plaintiff's claims against Defendants Lucky Abhulimen, James Hamilton, and Gregory McKinney are DISMISSED with prejudice.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 4th day of December, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE